**Order filed, August 12, 2019.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-19-00532-CR

————————

**ED DOUGLAS WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 19-CR-0267**

## ORDER

The reporter's record in this case was due August 6, 2019. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Dale Lee and Karen Bernhardt, the court reporters, to file their records in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jewell and Bourliot.